UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

In re:  ANTHONY TODD CATANIA,   )   Case No. 19-
                                                                               )   Chapter 13
                                                                               )
                Debtor(s).   )

Employee Income Records.

ANTHONY TODD CATANIA

By: */s/ O. Clifton Gooding*
    O. CLIFTON GOODING (OBA #10315)

OF THE FIRM:

THE GOODING LAW FIRM
A Professional Corporation
650 City Place Building
204 North Robinson Avenue
Oklahoma City, Oklahoma 73102
405.948.1978 – Telephone
405.948.0864 – Telecopier
cgooding@goodingfirm.com – Email

Attorney for ANTHONY TODD CATANIA

# d/b/a Catania Anncillary
# 16200 Royal Crest Lane
# Edmond, OK 73013

## October 2019, Profit and Loss

**INCOME:**

    Business Income      $0.00

    **Total Business Income**    **$0.00**

**EXPENSES:**

    Fuel      $200.00

    **Total Business Expenses**    **$200.00**

        **Net Income**    **($200.00)**

# d/b/a Catania Anncillary
# 16200 Royal Crest Lane
# Edmond, OK 73013

## September 2019, Profit and Loss

**INCOME:**

Business Income         $0.00

**Total Business Income  $0.00**

**EXPENSES:**

Fuel                    $200.00

**Total Business Expenses $200.00**

**Net Income            ($200.00)**

# d/b/a Catania Anncillary
# 16200 Royal Crest Lane
# Edmond, OK 73013

## August 2019, Profit and Loss

**INCOME:**

    Business Income      $0.00

    **Total Business Income**    **$0.00**

**EXPENSES:**

    Fuel      $100.00

    **Total Business Expenses**    **$100.00**

        **Net Income**    **($100.00)**

# d/b/a Catania Anncillary
# 16200 Royal Crest Lane
# Edmond, OK 73013

### July 2019, Profit and Loss

**INCOME:**

    Business Income      $0.00

    **Total Business Income**    **$0.00**

**EXPENSES:**

    Fuel      $100.00

    **Total Business Expenses**    **$100.00**

        **Net Income**    **($100.00)**

# d/b/a Catania Anncillary
# 16200 Royal Crest Lane
# Edmond, OK 73013

## June 2019, Profit and Loss

**INCOME:**

    Business Income    $0.00

    **Total Business Income**  **$0.00**

**EXPENSES:**

    Fuel    $200.00

    **Total Business Expenses**  **$200.00**

        **Net Income**  **($200.00)**

# d/b/a Catania Anncillary
# 16200 Royal Crest Lane
# Edmond, OK 73013

## May 2019, Profit and Loss

**INCOME:**

| | |
|---|---|
| Business Income | $0.00 |
| **Total Business Income** | **$0.00** |

**EXPENSES:**

| | |
|---|---|
| Fuel | $150.00 |
| **Total Business Expenses** | **$150.00** |
| **Net Income** | **($150.00)** |

# Self Employed/Contract Labor
# Skyler Catania
# 16200 Royal Crest Lane
# Edmond, OK 73013

### October 2019, Profit and Loss

**INCOME:**

| | |
|---|---|
| Business Income | $1,000.00 |
| **Total Business Income** | **$1,000.00** |

**EXPENSES:**

| | |
|---|---|
| Fuel | $20.00 |
| **Total Business Expenses** | **$20.00** |
| **Net Income** | **$980.00** |

# Self Employed/Contract Labor
# Skyler Catania
# 16200 Royal Crest Lane
# Edmond, OK 73013

### September 2019, Profit and Loss

**INCOME:**

    Business Income      $1,000.00

    **Total Business Income**    **$1,000.00**

**EXPENSES:**

    Fuel      $20.00

    **Total Business Expenses**   **$20.00**

        **Net Income**    **$980.00**

# Self Employed/Contract Labor
# Skyler Catania
# 16200 Royal Crest Lane
# Edmond, OK 73013

### August 2019, Profit and Loss

**INCOME:**

    Business Income      $0.00

    **Total Business Income**    **$0.00**

**EXPENSES:**

    Fuel      $0.00

    **Total Business Expenses**    **$0.00**

        **Net Income**    **$0.00**

# Self Employed/Contract Labor
# Skyler Catania
# 16200 Royal Crest Lane
# Edmond, OK 73013

### July 2019, Profit and Loss

**INCOME:**

    Business Income     $0.00

    **Total Business Income**     **$0.00**

**EXPENSES:**

    Fuel     $0.00

    **Total Business Expenses**     **$0.00**

        **Net Income**     **$0.00**

# Self Employed/Contract Labor
# Skyler Catania
# 16200 Royal Crest Lane
# Edmond, OK 73013

## June 2019, Profit and Loss

**INCOME:**

    Business Income      $0.00

    **Total Business Income**      **$0.00**

**EXPENSES:**

    Fuel      $0.00

    **Total Business Expenses**      **$0.00**

        **Net Income**      **$0.00**

# Self Employed/Contract Labor
# Skyler Catania
# 16200 Royal Crest Lane
# Edmond, OK 73013

## May 2019, Profit and Loss

**INCOME:**

    Business Income      $0.00

    **Total Business Income**      **$0.00**

**EXPENSES:**

    Fuel      $0.00

    **Total Business Expenses**      **$0.00**

        **Net Income**      **$0.00**