IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

In Re:

Anthony Todd Catania

Case No. 19-14826-JDL
Chapter 13

Debtor.

**TRUSTEE'S OBJECTION AND/OR REQUEST FOR SETTING OF HEARING ON CONFIRMATION**

The Chapter 13 Trustee hereby requests this court set the above-styled matter for a confirmation hearing, and for cause therefore would state:

☒ Trustee objects to confirmation
    ☒ The proposed plan is not feasible ☒ Plan payments are not current ☐ Filing fee not paid in full
    ☐ Plan fails to pay general unsecured pursuant to means test _____
    ☐ Certificate of Service ☐ not provided or ☐ time has not run on: ☐ Plan ☐ Amended Plan
    ☒ 60 days pay vouchers not provided  **PAYSTUBS FOR MR** ☒ Means test not calculated
    ☐ All debts not provided for _____
    ☐ Plan was not proposed in good faith ☐ Paying for item(s) not necessary for reorganization
    ☐ Tax returns not provided ☐ Plan fails to pay liquidation value _____
    ☐ Oklahoma Tax Commission objects to confirmation ☐ Unfiled returns for _____
    ☐ Internal Revenue Service objects to confirmation ☐ Unfiled returns for _____
    ☐ Creditor in attendance objects to confirmation _____
    ☒ Written objection filed by  **NATIONSTAR MTG**
    ☐ Other _____

☐ Any dismissal shall be requested with prejudice
If the case is not confirmed, the Trustee requests dismissal and any other relief the court deems just.

Respectfully Submitted,

**DATE:** 1/9/2020

s/John Hardeman

John Hardeman
Chapter 13 Trustee

*******************************************************************************

**NOTICE OF HEARING**

Pursuant to Trustee's Request for Setting of Hearing on Confirmation, this case will be set for a Confirmation Hearing on **02/11/2020**, at **8:35 a.m.** in the Second Floor Courtroom, before the Honorable Janice D. Loyd. The Clerk of the Court will provide proper notice thereof in compliance with the applicable rules of procedure. **Any party desiring to be heard at the Confirmation Hearing must file a written objection no later than twenty days after the conclusion of the Section 341 Meeting of Creditors. Loc.R.Bankr.P.3015(e)(1) and (e)(3).**